**NOT FOR PUBLICATION WITHOUT THE
APPROVAL OF THE APPELLATE DIVISION**

This opinion shall not "constitute precedent or be binding upon any court." Although it is posted on the internet, this opinion is binding only on the parties in the case and its use in other cases is limited. R. 1:36-3.

SUPERIOR COURT OF NEW JERSEY
APPELLATE DIVISION
DOCKET NO. A-0515-20

SANTANDER BANK, N.A.,

    Plaintiff-Respondent,

v.

CARMINE A. DEMAIO, III,

    Defendant-Appellant,

and

FRANK C. HOLTHAM, JR.,

    Defendant.

_____

Submitted September 27, 2021 – Decided October 5, 2021

Before Judges Rothstadt and Mayer.

On appeal from the Superior Court of New Jersey, Law Division, Burlington County, Docket No. L-2393-19.

Sills, Cummis & Gross, PC, attorneys for appellant (David W. Phillips and Richard Michael Riecken, of counsel and on the briefs).

Saldutti Law Group, attorneys for respondent (Thomas B. O'Connell, of counsel and on the brief).

PER CURIAM

The court, being advised by the parties prior to argument that this matter has been amicably resolved, accordingly dismisses the appeal with prejudice and without costs to either party.

Dismissed.

I hereby certify that the foregoing is a true copy of the original on file in my office.

CLERK OF THE APPELLATE DIVISION

A-0515-20